Civil Action No. 25-CV-03751
Correct Civil Action No. 25-CV-04129

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**In re: Created for Statistical Purposes**
*Debtor*

**Ernesto Simpson**

*Appellant,*

v.

**PCF Properties in Texas LLC.**

*Appellee.*

United States Courts
Southern District of Texas
FILED

NOV 10 2025

Nathan Ochsner, Clerk of Court

On Appeal from the United States Bankruptcy Court
for the Southern District of Texas; Houston Division
Bankruptcy Case No. 25-03609

## APPELLEE PCF PROPERTIES IN TEXAS LLC

PCF Properties in Texas LLC, merely files the Notice that they are the Appellee.

Respectfully submitted

/s/ *Omar Perez*
PCF Properties in Texas LLC
C/O Alzadia Spires
17515 Spring Cypress Rd.
#C620
Cypress, Tx 77429

## CERTIFICATE OF SERVICE

    I certify that this document was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of on November 6, 2025.

/s/ *Omar Perez*

RCF Properties in Texas LLC
c/o Alzadia Spires
7515 Spring Cypress Blvd.
Cypress Tx 77429

HOUSTON TX RPDC 773
6 NOV 2025 PM 2 L

U.S. District Clerk
U.S. Southern District Court of Texas
Huston Division
515 Rusk Ave
Houston Tx 77002
Clerk of Court

77002-262399

Nathan Ochsner, Clerk of Court

United States Courts
Southern District of Texas
FILED
NOV 10 2025